UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN ADGUSTO CHACON, | No. C 05-4880 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| D. GALLIAN, sergeant; et al., | |
| Defendants. | |

A case management conference was set for Thursday, December 21, 2006, and defendants were ordered to initiate the telephone conference call. Defense counsel notified the court that she was unable to locate plaintiff, who had been paroled and had not provided a current address or telephone number since his release from prison. Plaintiff later notified the court of his new address, although it is unclear whether he sent a copy of that notice to defense counsel. In light of the fact that plaintiff has not filed a case management statement or provided a current telephone number, the case management conference is VACATED.

When he notified the court of his new address, plaintiff requested an extension of time to file his case management statement and asserted that he had been unable to find the form for the statement. There is no form to use. He must prepare the document from scratch and must provide the information described in the Order For Conference And Answer in his case management statement, i.e., (1) a list of all discovery that has been done so far in this action, (2) a schedule of the discovery that remains to be done and a proposed cut-off date for that dis-

covery, (3) whether any dispositive motions will be filed, and (4) a proposed trial date. Plaintiff also must provide in his statement a telephone number, if any, at which he may be reached. Plaintiff must file and serve the case management statement no later than **January 19, 2007**. Once the court reads the statement, it will decide whether and when to set a conference date.

      Plaintiff is reminded that he must <u>promptly</u> inform the court and defense counsel of any change of address. Waiting a month to do so was unacceptable. If he has not done so yet, plaintiff must immediately notify defense counsel of his new address.

      Plaintiff is further reminded that the court strictly enforces the requirement that he mail to defense counsel a copy of each and every document he files. <u>See</u> Order Of Service, p. 7.

      IT IS SO ORDERED.

Dated: December 18, 2006

                                      _____
                                      SUSAN ILLSTON
                                      United States District Judge