UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDIN ADGUSTO CHACON,

    Plaintiff,

v.

D. GALLIAN, sergeant; et al.,

    Defendants.

                                 No. C 05-4880 SI (pr)

**ORDER**

The court ordered plaintiff to provide a case management statement that included "(1) a list of all discovery that has been done so far in this action, (2) a schedule of the discovery that remains to be done and a proposed cut-off date for that discovery, (3) whether any dispositive motions will be filed, and (4) a proposed trial date." Dec. 18, 2006 Order, pp. 1-2. Plaintiff then filed a case management statement that described the factual basis of his case, but was otherwise full of generic statements that did not provide the requested information necessary for the management of this case. Plaintiff must file and serve a supplemental case management statement no later than **March 2, 2007**, that actually provides information about the four items listed above. If plaintiff does not provide the requested information in his supplemental case management statement, the court will assume that he has no relevant information, needs to do no further discovery, does not intend to file any dispositive motions and is ready for trial immediately.

IT IS SO ORDERED.

Dated: February 1, 2007

                                                    _____
                                                    SUSAN ILLSTON
                                                    United States District Judge