# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHACON,<br><br>    Plaintiff,<br><br>  v.<br><br>GALLIAN ET AL,<br><br>    Defendant.      / | No. C 05-04880(pr)  SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **June 19, 2008** at 2:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

PRETRIAL CONFERENCE DATE: **September 8, 2008** at 3:30 PM.

COURT TRIAL DATE: **September 9, 2008** at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge