IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIN A. CHACON, <br><br>　　　　Plaintiff, <br><br>　　v <br><br>SGT. D. GALLIAN et al., <br><br>　　　　Defendants. | Case No C 05-4880 SI <br><br> REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

　　　A settlement conference in this matter was held on <u>October 27, 2008</u>. The results of that proceeding are indicated below:

(1)　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒　Plaintiff

　　☐　Warden or warden's representative

　　☒　Office of the California Attorney General, Kay Yu

　　☒　Other: California Department of Corrections and Rehabilitation

1  (2) The following individuals, parties, and/or representatives did not appear:

2  (3) The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10

11  Date:  November 12, 2008                          _____
                                                     Nandor J Vadas
12                                                   United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Chacon                                            No. C 05-4880 SI

v.                                                CERTIFICATE OF SERVICE

Gallian
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2008, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Edin A. Chacon**
K-30713
California Correctional Institution
4B/5B 102
P.O. Box 1906
Tehachapi, CA 93581


RICHARD W. WIEKING, CLERK


By:/s/_____
         Deputy Clerk

3