1
2
3
4
5              **UNITED STATES DISTRICT COURT**
6              **NORTHERN DISTRICT OF CALIFORNIA**
7

| | |
|---|---|
| 8  EDIN CHACON, | CASE NO. C 05-4880 SI (PR) |
| 9              Plaintiff, | **ORDER FOR HABEAS CORPUS AD TESTIFICANDUM** |
| 10       v. | |
| 11  GALLIAN, ET AL. | |
|              Defendants. | |

**TO THE DEPARTMENT OF CORRECTIONS AND REHABILITATION:**

You are to produce inmate Edin Adgusto Chacon, Inmate No. K30713, who is currently incarcerated at the California Correctional Institution at Tehachapi, for trial on December 15, 2008 at the federal courthouse, located at 450 Golden Gate Avenue, courtroom 10 pursuant to this Order for Habeas Corpus Ad Testificandum.

**IT IS SO ORDERED**:

DATED:  November _20____, 2008                    _____
                                                                                           The Honorable Susan Illston
                                                                                           Judge of the United States
                                                                                           District Court, Northern District

1