EDMUND G. BROWN JR., Attorney General
  of the State of California
PAUL T. HAMMERNESS,
  Supervising Deputy Attorney General
KAY K. YU, (State Bar No. 142479)
  Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
Telephone: (415) 703-5593
Facsimile: (415) 703-1107
Attorneys for Defendants Michelle Edwards, Victor Gorospe, Robert Munoz, Lisa Graham
Evelyn Pearcey and Lloyd Goulter

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

EDIN CHACON

        Plaintiff,

  v.

D. GALLIAN, ET AL,

        Defendant

CASE NO. C05-4880 SI

ORDER FOR TELEPHONE APPEARANCE

    GOOD CAUSE APPEARING, IT IS ORDERED that defendant Lloyd Goulter is to appear by telephone for trial on December 16, 2008 and December 17, 2008.

    Counsel for defendant Lloyd Goulter is to make all the arrangements with the court deputy for the telephone appearance.

**IT IS SO ORDERED**:

December ____, 2008

_____
The Honorable Susan Illston

District Court Judge of the Northern
District of California

1

Order For Telephone Appearance