UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDIN A. CHACON,

    Plaintiff,

v.

D. GALLIAN, sergeant; et al.,

    Defendants

                                    No. C 05-4880 SI (pr)

                                    **JUDGMENT**

      Judgment is now entered (1) in favor of plaintiff and against defendants Michelle Edwards, Victor Gorospe, and Robert Munoz on the negligence claim, (2) in favor of defendant Lloyd Goulter on the negligence claim, (3) in favor or defendants Michelle Edwards, Victor Gorospe, Robert Munoz, and Lloyd Goulter on the Eighth Amendment claim, and (4) dismissing all other defendants.

      IT IS SO ORDERED AND ADJUDGED.

Dated: December 22, 2008

                                                        SUSAN ILLSTON
                                                 United States District Judge