**United States District Court**
For the Northern District of California

1

2

3

4

5    UNITED STATES DISTRICT COURT

6    NORTHERN DISTRICT OF CALIFORNIA

7

8    EDIN A. CHACON,                                    No. C 05-4880 SI (pr)

9              Plaintiff,                               **ORDER**

10         v.

11   D. GALLIAN, sergeant; et al.,

12             Defendants

13   _____/

14         Plaintiff sent to the court a letter dated July 20, 2009 (docket # 75), in which he inquired

15   about the status of payment of the judgment in this action.  Defendants shall file and serve a

16   response to plaintiff's inquiry no later than **November 6, 2009**.

17         IT IS SO ORDERED.

18   Dated: October 20, 2009                    _____

19                                                    SUSAN ILLSTON
                                                United States District Judge
20

21

22

23

24

25

26

27

28